UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:98-cr-346-T-23EAJ

JARVIS HALL
_____/

**ORDER DIRECTING THE FILING OF CORRESPONDENCE**

The document described below was received on May 19, 2005.

**May 15, 2005, correspondence by Jarvis Hall**

The Clerk is instructed to file the correspondence in the court file and forward copies to the United States Attorney's Office, counsel for the defendant, and the probation office.*  **The Clerk shall also send a copy of this order to the defendant.**

ORDERED in Tampa, Florida, on May 20, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

* The defendant is reminded of Local Rule 3.01(f), which provides that: (1) all applications requesting relief shall be presented in appropriate form pursuant to Local Rule 1.05 (**not** in letter form) and (2) shall be forwarded to the Clerk of the Court (**not** to the assigned judicial officer)