UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                      Case No. 8:98-cr-346-T-23EAJ

JARVIS HALL
_____/

**ORDER**

On May 15, 2005, Jarvis Hall mailed a letter directly* to the district judge requesting relief from certain obligations (joint and several restitution and periodic payment during his imprisonment) that he claims are included in the judgment entered against him on July 16, 1999. As provided in Hall's plea agreement, neither an appeal nor a Section 2255 motion followed the judgment, although Hall unsuccessfully moved in 2002 under Rule 60(b) for relief from judgment (again, no appeal followed denial of the motion). Hall's judgment is final, the pertinent deadlines for post-judgment motions have expired, and the court is otherwise without jurisdiction to alter the terms of the judgment (although the current paper from Hall states no basis for relief in any event).

To the extent that Hall's letter (Doc. 29) is properly construed as a motion, the motion is **DENIED**.

ORDERED in Tampa, Florida, on May 20, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

* The defendant is reminded of Local Rule 3.01(f), which provides that: (1) all applications requesting relief shall be presented in appropriate form pursuant to Local Rule 1.05 (**not** in letter form) and (2) shall be forwarded to the Clerk of the Court (**not** to the assigned judicial officer)